IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Neely, Earlene Delores

Printed: 10/2/07

Case Number: 06 B 07895
Judge: Squires, John H
Filed: 7/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 22, 2007
Confirmed: September 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,579.12 |  |
| Secured: |  | 1,762.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,643.31 |
| Trustee Fee: |  | 173.13 |
| Other Funds: |  | 0.00 |
| Totals: | 3,579.12 | 3,579.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,000.00 | 1,643.31 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 13,292.00 | 1,762.68 |
| 4. | JP Morgan Chase Bank | Secured | 6,273.13 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 525.11 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 3.28 | 0.00 |
| 7. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,093.52 | $ 3,405.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 161.03 |
| 5.4% | 12.10 |
|  | $ 173.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)